[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-14713
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-20673-DLG-29

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 5, 2012
JOHN LEY
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OTIS WALKER,
a.k.a. OT,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Florida
_____

(January 5, 2012)

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Gary Kollin, appointed counsel for Otis Walker in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Walker's conviction and sentence are **AFFIRMED**.